UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

WILLIAM B. SITORIUS )
       Plaintiff, )
        )
v. ) **JUDGMENT**
        )
        ) No. 7:17-CV-250-FL
        )
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees, motion for bill of costs and defendant's stipulation under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 22, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,200.00 and $47.40 in expenses. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on February 22, 2019, and Copies To:**

Jonathan P. Miller  (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman / Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

February 22, 2019                PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk